**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 11, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00498-CV

## BAKER HUGHES OILFIELD OPERATIONS, INC., Appellant
## V.

## MICHELLE LEE PINA, Appellee

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2016-17256**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed June 3, 2016. On July 25, 2016, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.